

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00051-CR

**REGINA MARIE DOLLARHIDE,**

                                                                  **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                  **Appellee**

---

**From the 413th District Court
Johnson County, Texas
Trial Court No. F41503**

---

## MEMORANDUM  OPINION

---

Appellant has filed a motion to dismiss her appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal.  Appellant personally signed the motion.

Accordingly, the motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed June 16, 2010
Do not publish
[CR25]